UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEINEKE FRANCHISOR SPV LLC, a Delaware limited liability company; AND MEINEKE REALTY, INC., a North Carolina Corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CJGL, INC., a California corporation; CARL DOUMA, an individual; JAN DOUMA, an individual,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00374-SPG-JC<br><br>**ORDER RE: STIPULATION TO MODIFY CIVIL TRIAL PRETRIAL SCHEDULE AND TRIAL ORDER [ECF No. 36]** |

　　On November 38, 2023, the Parties filed a joint stipulation requesting a continuance of the case schedule. (ECF No. 36). The Court, having considered the Stipulation and ORDERS the Case Schedule Dates as follows:

　　Fact discovery cut-off: **January 24, 2024**;

　　Expert disclosure (initial): **February 7, 2024**;

-1-

Deadline to complete settlement conference [L.R. 16-15]: **February 7, 2024**;

Expert disclosure (rebuttal): **February 24, 2024**;

Expert discovery cut-off: **March 6, 2024**;

Last date to hear motions:[1] **March 20, 2024**;

Last date to hear Daubert motions: **April 3, 2024**;

Trial filings (first round):[2] **May 1, 2024**;

Trial filings (second round): **May 15, 2024**;

Final pretrial conference: **May 29, 2024 at 3:00 p.m.**; and

Jury trial: **June 18, 2024 at 8:30 a.m.**

IT IS SO ORDERED.

Dated: December 5, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

---

[1] Before filing Rule 56 motions, the parties must review and comply with the Court's Standing Order for MSJ, which sets forth the briefing schedule and specific requirements for joint briefing and filing such motions.

[2] See the Court's Standing Orders for Civil Cases and Standing Order for Civil Trial for instructions on trial filings and preparation for trial.