LAWRENCE J. HILTON (SBN 156524)
Email: lhilton@onellp.com
TAYLOR C. FOSS (SBN 253486)
Email: tfoss@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2876
Facsimile:   (949) 258-5081

Attorneys for Plaintiffs and
Counter-Defendants
MEINEKE FRANCHISOR SPV LLC
and MEINEKE REALTY, INC.

JESSICA ROSEN, SBN 294923
jrosen@lewitthackman.com
HEIDY A. NURINDA, SBN 333188
hnurinda@lewitthackman.com
**LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN**
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone:   (818) 990-2120
Fax:             (818) 981-4764

Attorneys for
Defendants/Counterclaimant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MEINEKE FRANCHISOR SPV LLC, a Delaware limited liability company; and MEINEKE REALTY, INC., a North Carolina corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CJGL, INC., a California corporation; CARL DOUMA, an individual; JAN DOUMA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:23-cv-00374-SPG-JC<br>Hon. Sherilyn Peace Garnett<br><br>**NOTICE OF MOTIONS AND JOINT BRIEF FOR MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>[Joint Brief, Joint Appendix of Facts, Joint Appendix of Evidence, Joint Appendix of Objections, and Proposed Order filed concurrently herewith]<br><br>Date:  April 10, 2024<br>Time: 1:30 p.m.<br>Crtrm: 5C<br><br>Complaint Filed: January 18, 2023<br>Answer/Counterclaim: March 15, 2023<br><br>Trial Date: June 18, 2024 |

**NOTICE OF MOTIONS AND JOINT MOTION FOR SUMMARY JUDGMENT**

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

**PLEASE TAKE NOTICE** that on April 10, 2024, at 1:30 p.m. in Courtroom 5C, before the Honorable Sherilyn Peace Garnett, United States District Judge, United States District Court for the Central District of California, located at First Street Courthouse, 350 West 1st Street, Courtroom 5C, Los Angeles, California 90012, or as soon thereafter as the matter may be heard, the parties will and hereby do move and cross-move for summary judgment, as follows:

Plaintiffs and Counterdefendants Meineke Franchisor SPV LLC and Meineke Realty, Inc. ("Plaintiffs") will and hereby do move this Court for an Order granting summary judgment in their favor on all of the Counterclaims asserted by CJGL, Inc., Carl Douma, and Jan Douma ("Counterclaimants") filed on March 15, 2023 (ECF. No. 20.)

Counterclaimants will and herby do cross-move for summary judgment on their Sixth Counterclaim for Violations of California Franchise Investment Law ("CFIL")

Plaintiffs' Motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there are no genuine issues of material fact regarding the application of the Renewal Mutual Release executed by Counterclaimants and the applicable statutes of limitations as a complete bar to all of the Counterclaims.

Counterclaimants' Cross-Motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there are no genuine issues of material fact regarding Meineke's non-compliance under CFIL as to the offer and sale of franchises and to make requisite written disclosures.

The Motion and Cross-Motion are based on this Notice of Motion and the accompanying Joint Brief for Plaintiffs' Motion For Summary Judgment And Counterclaimants' Cross-Motion For Summary Judgment, Joint Appendix of Facts, Joint Appendix of Objections, and Joint Appendix of Evidence, all documents on file with the Court, and such further evidence and argument as the Court may

permit.

Pursuant to Local Rule 7-3 and this Court's August 10, 2023 Standing Order for Motions for Summary Judgment, this Joint Motion and Cross-Motion are made following several telephone conferences and a videoconference that took place on January 19, 2024.

Dated:  March 13, 2024

ONE LLP
LAWRENCE J. HILTON

By: */s/ Lawrence J. Hilton*
    Lawrence J. Hilton

Attorneys for Plaintiffs and Counter-Defendants
MEINEKE FRANCHISOR SPV LLC and
MEINEKE REALTY, INC.

Dated: March 13, 2024

LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN

By: */s/ Jessica Rosen*
    Jessica W. Rosen
    Heidy Nurinda

Attorneys for Defendants and Counterclaimants

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Lawrence J. Hilton, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ Lawrence J. Hilton*
    Lawrence J. Hilton