# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEINEKE FRANCHISOR SPV LLC, a Delaware limited liability company; and MEINEKE REALTY, INC., a North Carolina Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CJGL, INC., a California corporation; CARL DOUMA, an individual; JAN DOUMA, an individual,<br><br>Defendants. | Case No. 2:23-cv-00374-SPG-JC<br><br>**JUDGMENT** |
| CJGL, INC., a California corporation; CARL DOUMA, an individual; JAN DOUMA, an individual,<br>                    Counterclaimants,<br><br>v.<br><br>MEINEKE FRANCHISOR SPV LLC, a Delaware limited liability company; MEINEKE REALTY, INC., a North Carolina Corporation; and ECONO LUBE AND TUNE, INC., an unknown entity,<br><br>Counterdefendants. | |

This action came on for trial on November 12, 2024, before the Court and a jury, the Honorable Sherilyn Peace Garnett, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict on November 20, 2024.

IT IS ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff Meineke Franchisor SPV LLC shall take nothing on its claim for Breach of Franchise Documents; the claim is dismissed with prejudice; and judgment is entered in favor of Defendant CJGL, Inc.

2. Plaintiff Meineke Franchisor SPV LLC shall take nothing on its claim for Breach of Personal Guaranty; the claim is dismissed with prejudice; and judgment is entered in favor of Defendants Carl Douma and Jan Douma.

3. Plaintiff Meineke Realty, Inc. shall recover from Defendant CJGL, Inc. on its claim for Breach of Sublease the sum of $13,796.32, plus prejudgment interest at the legal rate, plus post-judgment interest at the legal rate commencing on the date this Judgment is entered, and judgment is entered in favor of Plaintiff Meineke Realty, Inc.

4. Defendants/Counterclaimants CJGL, Inc., Jan Douma, and Carl Douma shall take nothing on the nine counterclaims in their countercomplaint; the counterclaims are dismissed with prejudice; and judgment is entered in favor of Plaintiffs/Counterdefendants Meineke Franchisor SPV LLC and Meineke Realty, Inc. pursuant to the Court's summary judgment order entered on July 24, 2024.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that any applications to tax costs and/or motions for attorney's fees shall be filed in accordance with the Federal Rules of Civil Procedure, the Local Rules, and the procedures and orders of this Court.

Date: January 21, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE